### 39883. CHUPP v. DeKALB COUNTY.

JORDAN, Judge. This case being controlled by *Anderson v. De-Kalb County*, ante, the judgment of the trial court sustaining the general demurrer to the petition is affirmed.

*Judgment affirmed. Nichols, P. J., and Frankum, J., concur.*

DECIDED FEBRUARY 8, 1963.

*E. T. Hendon, Jr.*, for plaintiff in error.

*George P. Dillard, Hubert O. Edwards, Robert E. Mozley*, contra.